IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD DARON KENNEDY, #196984, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:16cv998-WHA |
| ) | (wo) |
| JOHN R. LOCKETT, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Plaintiff's Objection (Doc. #3) to the Recommendation of the Magistrate Judge (Doc. #2), and after an independent evaluation and de novo review of the file, the court find the objection to be without merit and it is hereby OVERRULED.

The court adopts the Recommendation of the Magistrate Judge, and it is hereby ORDERED that this case is Transferred to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. §2241(d).

Done this 13th day of January, 2017.

　　　　　　　　　　　　　　　　　　　 /s/ W. Harold Albritton　　　　　　　
　　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE